**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thebe Eric Monyamane,<br><br>                    Petitioner,<br>v.<br><br>Phillip Crawford, et. al.,<br><br>                    Respondents. | No. CV-07-0504-PHX-SMM<br><br>**ORDER** |

Pending before the Court is Petitioner's Motion for Enlargement of Time Limitations within which to File an Answer to Respondent's Opposition (Doc. 16). In light of the fact that the Court entered its Report and Recommendation prior to receiving Petitioner's motion, the motion is now untimely and therefore moot. However, because of the circumstances set forth in Petitioner's motion, the Court will grant Petitioner an extension of time within which to file his Objections to the Report and Recommendation filed in this case. Therefore, for good cause shown,

**IT IS HEREBY ORDERED** that Petitioner's Motion for Enlargement of Time Limitations within which to File an Answer to Respondent's Opposition (Doc. 16) is **DENIED as MOOT.**

**IT IS FURTHER ORDERED** that Petitioner has until **October 19, 2007** within which to file his Objections to the Report and Recommendation filed in this case.

DATED this 19th day of September, 2007.

Stephen M. McNamee
United States District Judge