**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Thebe Eric Monyamane, | ) | No. CV-07-0504-PHX-SMM |
| | ) | |
| Petitioner, | ) | **ORDER** |
| v. | ) | |
| | ) | |
| Phillip Crawford, et. al., | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

On September 13, 2007, Magistrate Judge Jennifer C. Guerin filed a Report and Recommendation advising this Court that Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (the "Petition") (Dkt. 1) should be denied because the Petitioner has failed to demonstrate that he will not be removed from the United States in the reasonably foreseeable future.  On October, 19, 2007, Petitioner filed objections to Magistrate Guerin's Report and Recommendation.  After careful consideration of the Report and the objections thereto, the Court hereby adopts Magistrate Guerin's Report and Recommendation.

## STANDARD OF REVIEW

When reviewing a Magistrate Judge's Report and Recommendation, this Court must "make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C); see also Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991) (citing Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983)).

By failing to object to a Report and Recommendation, a party waives his right to challenge the Magistrate's factual findings, but not necessarily the Magistrate's legal

conclusions. Baxter, 923 F.2d at 1394; see also Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998) (failure to object to Magistrate's legal conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal"); Martinez v. Ylst, 951 F.2d 1153, 1156 (9th Cir. 1991) (citing McCall v. Andrus, 628 F.2d 1185, 1187 (9th Cir. 1980)).

**DISCUSSION**

Having reviewed Petitioner's Petition and, thereafter, having reviewed the Magistrate Judge's Report and Recommendation and the record de novo, this Court agrees with Magistrate Guerin's conclusions. In particular, the Court agrees that Petitioner has failed to satisfy his burden of providing a reason to believe that there is no significant likelihood of his removal in the reasonably foreseeable future.[1] Consequently, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation.

**CONCLUSION**

For the reasons set forth,

**IT IS HEREBY ORDERED** that the Court adopts the Report and Recommendation of Magistrate Judge Jennifer C. Guerin. (Dkt.15).

**IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is **DENIED** (Dkt. 1). The Clerk of Court shall terminate this action accordingly.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send a copy of this Order to all parties as well as to Magistrate Judge Jennifer C. Guerin.

DATED this 24th day of October, 2007.

_____
Stephen M. McNamee
United States District Judge

---

[1] For detailed analysis pertaining to Petitioner's burden to establish that he will not be removed in the reasonably foreseeable future and the length of Petitioner's detention, *See* (Dkt. 15).